IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02230-ZLW-MEH

RUTH ANN SKIRVIN,

    Plaintiff,

v.

PHARMERICA CORPORATION, a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 8, 2010.**

    The Joint Motion for Entry of Stipulated Protective Order [filed December 7, 2010; docket #16] is **granted** as modified.[1]  The proposed Stipulated Protective Order is substantially accepted, and a revised Stipulated Protective Order is issued and filed contemporaneously with this minute order.

---

[1] *See* paragraph 10 of the Stipulated Protective Order.  In addition, the Court corrected the numbering of the paragraphs.